THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Herman Lee
 Beasley, Appellant.
 
 
 

Appeal From Greenville County
 C. Victor Pyle, Jr., Circuit Court Judge
Unpublished Opinion No. 2009-UP-180
Submitted April 1, 2009  Filed April 30,
 2009
AFFIRMED

 
 
 
 Appellate Defender Lanelle C. Durant, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Julie M. Thames,
 all of Columbia; and Solicitor Robert M. Ariail, of Greenville, for Respondent.
 
 
 

PER CURIAM: 
 Herman Lee Beasley appeals his convictions for three counts of second degree
 lynching and two counts of assault and battery of a high and aggravated
 nature.  Beasley argues the trial court erred by declining to direct a verdict.
  We affirm pursuant to Rule
 220(b), SCACR, and the following authorities:  State v. Frazier, 375 S.C. 575, 581, 654 S.E.2d 280, 283 (Ct. App. 2007) (If there is
 any direct evidence or substantial circumstantial evidence reasonably tending
 to prove the guilt of the accused, an appellate court must find the case was
 properly submitted to the jury.); State v. Bagwell, 201 S.C. 387,
 399-400, 23 S.E.2d 244, 249 (1942) (holding an accused may be convicted on
 uncorroborated testimony of an accomplice, and the weight to be given to the
 testimony of the accomplice is for the jury's determination).

AFFIRMED.[1]
SHORT, THOMAS, and GEATHERS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.